



**KINGSLEY & KINGSLEY, APC**
**GEORGE R. KINGSLEY, ESQ. SBN-38022**
**ERIC B. KINGSLEY, ESQ. SBN-185123**
***eric@kingsleykinghsley.com***
**GREGORY E. GIVENS, ESQ. SBN-212348**
***ggivens@kingsleykingsley.com***
**16133 VENTURA BL., SUITE 1200**
**ENCINO, CA 91436**
**(818) 990-8300, FAX (818) 990-2903**

**IRA SPIRO, ESQ. SBN-67641**
**GREGORY N. KARASIK, ESQ. SBN-115834**
**SPIRO MOSS BARNESS**
**11377 W. OLYMPIC BL., 5TH FLOOR**
**LOS ANGELES, CA 90064**
**(310) 235-2468; FAX (310) 235-2456**

**Attorneys for Plaintiffs**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL THORPE; et al.,<br>Plaintiffs,<br>vs.<br>ABBOTT LABORATORIES, INC.; et al.,<br>Defendants. | CASE NO.: C07-05672 RMW<br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br>[LOCAL RULE 3-16] |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

**DATED: November 15, 2007**

**KINGSLEY & KINGSLEY, APC**

By: ______________________
**ERIC B. KINGSLEY**
**Attorney for Plaintiff**

**(PROOF OF SERVICE BY MAIL - 1013a, 2015.5 C.C.P.)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county aforesaid, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 16133 Ventura Boulevard, Suite 1200, Encino, California 91436.

On **November ___, 2007**, I served the foregoing document described as **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Aaron L. Agenbroad
JONES DAY
555 California St., 26th Floor
San Francisco, CA 94104

Michael J. Gray
JONES DAY
77 West Wacker Dr., Suite 3500
Chicago, IL 60657

**X** **BY MAIL** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary court of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**X** **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

J. HALL