1  Aaron L. Agenbroad (State Bar No. 242613)
   alagenbroad@jonesday.com
2  JONES DAY
   555 California St, 26th Floor
3  San Francisco, CA  94101-1500
   Telephone:  (415) 626-3939
4  Facsimile:   (415) 875-5700

5  Michael J. Gray (*pro hac vice* pending)
   mjgray@jonesday.com
6  Jones Day
   77 West Wacker
7  Chicago, IL  60601-1692
   Telephone:     (312) 782-3939
8  Facsimile:      (312) 782-8585

9  Attorneys for Defendant
   Abbott Laboratories
10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13

| PAUL THORPE, on behalf of himself and others similarly situated, | Case No. 07-05672 RMW |
|---|---|
| Plaintiffs, | |
| v. | **DECLARATION OF AARON L. AGENBROAD IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR STRIKE CLASS ALLEGATIONS** |
| ABBOTT LABORATORIES INC. a Delaware corporation, doing business in California as ABBOTT SALES, MARKETING & DISTRIBUTION CO.; and Does 1 to 50, Inclusive, | |
| Defendants. | Date:    February 1, 2008<br>Time:    9:00 a.m.<br>Dept.:   Courtroom 6, 4th Floor<br>Judge:   Ronald M. Whyte |

I, AARON L. AGENBROAD, do hereby declare and state as follows:

1. I have personal knowledge of the facts set forth in this Declaration and, if called upon to do so, could and would competently testify thereto.

2. I am an attorney at law and am a partner with the law firm of Jones Day, counsel of record for Defendant Abbott Laboratories, Inc. ("Abbott") in the above-captioned matter.

1    3.    Attached herein as Exhibit 1 is a true and correct copy of the complaint in *Jirak v. Abbott Laboratories, et al.*, 07-cv-3626, currently pending in the United States District Court for the Northern District of Illinois.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 15th day of November, 2007 at San Francisco, California.

                                          s/Aaron L. Agenbroad
                                          Aaron L. Agenbroad

CHI-1616972v1

- 2 -

DECLARATION OF AARON L. AGENBROAD
Case No. 07-05672 RMW