1  Aaron L. Agenbroad (State Bar No. 242613)
   alagenbroad@jonesday.com
2  JONES DAY
   555 California St, 26th Floor
3  San Francisco, CA  94101-1500
   Telephone:  (415) 626-3939
4  Facsimile:   (415) 875-5700

5  Michael J. Gray (*pro hac vice* pending)
   mjgray@jonesday.com
6  Jones Day
   77 West Wacker
7  Chicago, IL  60601-1692
   Telephone:    (312) 782-3939
8  Facsimile:     (312) 782-8585

9  Attorneys for Defendant
   Abbott Laboratories
10

11 **UNITED STATES DISTRICT COURT**

12 **NORTHERN DISTRICT OF CALIFORNIA**

13

| PAUL THORPE, on behalf of himself and others similarly situated, | Case No. 07-05672 RMW |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |
| ABBOTT LABORATORIES INC. a Delaware corporation, doing business in California as ABBOTT SALES, MARKETING & DISTRIBUTION CO.; and Does 1 to 50, Inclusive, | |
| Defendants. | |

Pursuant to Local Rule 3-13, Defendant Abbott Laboratories, Inc. ("Abbott") notifies the Court that the instant action and the case entitled *James Jirak and Robert Pedersen, Individually and on Behalf of All Others Similarly Situated as Class Representatives v. Abbott Laboratories, Inc.*, No. 07CV3626, filed in the United States District Court for the Northern District of Illinois

1  on June 28, 2007 ("Jirak")[1] involve all or a material part of the same subject matter and all or substantially all of the same parties.

In the instant case, Plaintiff filed a complaint for failure to pay overtime wages, failure to furnish wage statements and failure to pay waiting time penalties under the California Labor Code, and unfair competition under Business & Professions Code § 17200 related to overtime claims and meal and rest break claims. Plaintiff purports to bring this case on behalf of Abbott's pharmaceutical sales representatives in California for the period September 2003 to the present, and alleges that such employees were required to work more than 40 hours a week and were not paid overtime in violation of California's wage and hour laws.

The *Jirak* plaintiffs filed a class action complaint under the Fair Labor Standards Act purporting to represent all of Abbott's pharmaceutical sales representatives nationwide, including sales representatives in California during the time period covered by the allegations of this lawsuit. The *Jirak* plaintiffs -- like Plaintiff here -- allege that the putative class regularly worked in excess of 40 hours per week and were not paid overtime compensation. All employees within the definition of the opt-out class described in the instant Complaint also are within the scope of the FLSA class definition in *Jirak*.

As explained more fully in Defendant's Motion to Dismiss or Strike Class Allegations, Plaintiff's class allegations in this case should be dismissed because class treatment under Rule 23 is "inherently incompatible" with the section 216(b) opt-in action currently pending in the Northern District of Illinois.

Dated: November 15, 2007

JONES DAY

By: s/Aaron L. Agenbroad
Aaron L. Agenbroad

Attorneys for Defendant
ABBOTT LABORATORIES, INC.

---

[1] The *Jirak* plaintiffs amended their complaint on November 13, 2007 to correct for a clerical error. In their original complaint, Plaintiffs mistakenly named Abbott Laboratories as Defendant. The First Amended Complaint corrects this mistake and names Abbott Laboratories, Inc., Plaintiffs' employer, as Defendant.