1 | Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
2 | JONES DAY
555 California St, 26th Floor
3 | San Francisco, CA  94101-1500
Telephone:  (415) 626-3939
4 | Facsimile:   (415) 875-5700

5 | Michael J. Gray (*pro hac vice* pending)
mjgray@jonesday.com
6 | Jones Day
77 West Wacker
7 | Chicago, IL  60601-1692
Telephone:     (312) 782-3939
8 | Facsimile:      (312) 782-8585

9 | Attorneys for Defendant
Abbott Laboratories

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL THORPE, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES INC. a Delaware corporation, doing business in California as ABBOTT SALES, MARKETING & DISTRIBUTION CO.; and Does 1 to 50, Inclusive,<br><br>Defendants. | Case No. 07-05672 RMW<br><br>**CORPORATE DISCLOSURE STATEMENT** |

**DEFENDANT ABBOTT LABORATORIES INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Abbott Laboratories, Inc. states that it has no parent corporation and no publicly held corporation owns ten percent or more of Abbott Laboratories Inc.'s stock.

1  Dated: November 15, 2007        JONES DAY

2                                  By: s/Aaron L. Agenbroad
3                                  Aaron L. Agenbroad

4
                                   Attorneys for Defendant
5                                  ABBOTT LABORATORIES, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
CHI-1617816v1

CORPORATE DISCLOSURE STATEMENT
Case No. 07-05672 RMW