| Clerk's Use Only |
|---|
| Initial for fee pd.: |
| tm |

Michael Jeffrey Gray
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
312-269-4382

FILED

UNITED STATES DISTRICT COURT  2007 NOV 15  P 4: 46

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Paul Thorpe, on behalf of himself and others similarly situated

Plaintiff(s),

v.

Abbott Laboratories, Inc., a Delaware corporation, doing business in California as Abbott Sales, Marketing & Distribution Co.; and Does 1 to 50, inclusive

Defendant(s).

CASE NO. 07-05672 RMW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Michael J. Gray, an active member in good standing of the bar of the Northern District of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Abbott Laboratories, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Aaron L. Agenbroad; JONES DAY, 555 California Street, 26th Floor, San Francisco, CA 94104; (415) 626-3939

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/15/07