**FILED**
NOV 30 2007

RECEIVED
2007 NOV 15 PM 4:46
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT

Northern District of California

Paul Thorpe, on behalf of himself and others similarly situated

            Plaintiff(s),

v.

Abbott Laboratories, Inc., a Delaware corporation, doing business in California as Abbott Sales, Marketing & Distribution Co.; and Does 1 to 50, Inclusive

           Defendant(s).

CASE NO. 07-05672 RMW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Michael J. Gray, an active member in good standing of the bar of the Northern District of Illinois whose business address and telephone number (particular court to which applicant is admitted) is

JONES DAY, 77 West Wacker Dr., Suite 3500, Chicago, IL 60601 (312) 782-3939

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Abbott Laboratories, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/30/07

*Ronald M. Whyte*
United States ~~Magistrate~~ DISTRICT Judge