James A. Jones
Gillespie, Rozen, Watsky & Jones, P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 75204
(214) 720-2009

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

FILED 2007 DEC 10 P 3: 48
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

PAUL THORPE, on behalf of himself and other similarly situated,

Plaintiff(s),

v.

ABBOTT LABORATORIES, INC., et al.

Defendant(s).

CASE NO. 07-05672 RMW

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, JAMES A. JONES, an active member in good standing of the bar of the State of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff, Paul Thorpe, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Eric B. Kingsley, Kingsley & Kingsley, APC, 16133 Ventura Blvd., Ste. 1200, Encino, CA 91436   (818) 990-8300

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/29/07