RECEIVED       FILED

2007 DEC 10 PM 3:49       DEC 13 2007

UNITED STATES DISTRICT COURT

Northern District of California

PAUL THORPE, on behalf of himself and others similarly situated,

Plaintiff(s),

v.

ABBOTT LABORATIES, INC., et al.

Defendant(s).

CASE NO. 07-05672-RMW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

JAMES A. JONES ☒ , an active member in good standing of the bar of the STATE OF TEXAS ☒ whose business address and telephone number (particular court to which applicant is admitted) is

Gillespie, Rozen, Watsky & Jones, P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 75204                    (214) 720-2009

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing fff

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/13/07

Ronald M. Whyte
United States District Judge