
Clerk's Use Only
Initial for fee pd:

Michael D. Palmer, Esq.
Joseph & Herzfeld LLP
757 Third Avenue, 25th Floor
New York, NY 10017
Tel. (212) 688-5640

ORIGINAL FILED

08 JAN 14 PM 3:14

RICHARD W. WIEKING
CLERK
U.S. DIST. COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Paul Thorpe, on behalf of himself and others similarly situated,

Plaintiff(s),

v.

Abbott Laboratories Inc., a Delaware corporation, doing business in California as Abbott Sales, Marketing, & Distribution Co.; and Does 1 to 50, Inclusive,

Defendant(s).

CASE NO. 07-05672 RMW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Michael D. Palmer, an active member in good standing of the bar of State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Paul Thorpe in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Eric B. Kingsley, Kingsley & Kingsley, APC, 16133 Ventura Blvd., Suite 1200 Encino, CA 91436  Tel. (818) 990-8300

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/10/08

RECEIVED
2008 JAN 14 PM 3: 14

UNITED STATES DISTRICT COURT
Northern District of California

Paul Thorpe, on behalf of himself and
others similarly situated,

CASE NO. 07-5672 RMW

Plaintiff(s),

v.

Abbott Laboratories Inc., a Delaware
corporation, doing business in California
as Abbott Sales, Marketing, & Distribution
Co.; and Does 1 to 50, Inclusive,

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Michael D. Palmer , an active member in good standing of the bar of

State of New York     whose business address and telephone number

(particular court to which applicant is admitted)

is

Joseph & Herzfeld LLP, 757 Third Ave., 25th Fl., New York, NY 10017, Tel. (212)688-5640

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Paul Thorpe

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District    Judge
Judge Ronald M. Whyte

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002396
Cashier ID: harwellt
Transaction Date: 01/14/2008
Payer Name: Joseph and Herzfeld

PRO HAC VICE
 For: Michael D. Palmer
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 1582
 Amt Tendered:   $210.00

Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

Case # 07-cv-05672-RMW

For Attorney: Michael D. Palmer


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```