**FILED**

RECEIVED JAN 16 2008

2008 JAN 14 PM
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CLERK, U.S. DISTRICT COURT
N. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
## Northern District of California

Paul Thorpe, on behalf of himself and others similarly situated,

          Plaintiff(s),

v.

Abbott Laboratories Inc., a Delaware corporation, doing business in California as Abbott Sales, Marketing, & Distribution Co.; and Does 1 to 50, Inclusive,

          Defendant(s).

CASE NO. 07-5672 RMW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Michael D. Palmer, an active member in good standing of the bar of State of New York whose business address and telephone number (particular court to which applicant is admitted) is

Joseph & Herzfeld LLP, 757 Third Ave., 25th Fl., New York, NY 10017, Tel. (212)688-5640

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Paul Thorpe

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/16/08

                                                  *Ronald M. Whyte*
                                             United States District Judge
                                             Judge Ronald M. Whyte

UNITED STATES DISTRICT COURT
For the Northern District of California