1  Aaron L. Agenbroad (State Bar No. 242613)
   alagenbroad@jonesday.com
2  JONES DAY
3  555 California Street, 26th Floor
   San Francisco, CA 94104-1500
4  Telephone:    (415) 626-3939
   Facsimile:     (415) 875-5700
5
6  Michael J. Gray (*pro hac vice*)
   mjgray@jonesday.com
7  JONES DAY
   77 West Wacker
8  Chicago, IL 60601-1692
   Telephone:    (312) 782-3939
9  Facsimile:     (312) 782-8585
10
   Attorneys for Defendant
11 Abbot Laboratories
12
13                     UNITED STATES DISTRICT COURT
14                    NORTHERN DISTRICT OF CALIFORNIA
15

16 | PAUL THORPE, on behalf of himself and others similarly situated, | Case No. 07-05672 RMW |
   |---|---|
   | Plaintiffs, | **CERTIFICATE OF SERVICE** |
   | v. | |
   | ABBOTT LABORATORIES INC. a Delaware corporation, doing business in California as ABBOTT SALES MARKETING & DISTRIBUTION CO.; and Does 1 to 50, Inclusive, | |
   | Defendants. | |

SFI-573376v1

PROOF OF SERVICE
CASE NO: 07-05672 RMW

## PROOF OF SERVICE
### (CCP §§ 1013a, 2015.5)

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF SAN FRANCISCO )

I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: **555 California Street, 26th Floor, San Francisco, California 94104-1500.**

On January 18, 2008, I served the foregoing document(s):

**DEFENDANT'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS OR STRIKE CLASS ALLEGATIONS**

on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Charles Joseph<br>Joseph & Herzfeld<br>757 3rd Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: 212-688-5640<br>Fax: 212-688-2548 | James A. Jones Day<br>Gillespie Rozen Watsky & Jones, P.C.<br>3402 Oak Grove Avenue, Suite 200<br>Dallas, TX 75204 |

[X]   **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **VIA FACSIMILE TRANSMISSION (COURTESY COPY):** I caused such document to be transmitted from facsimile number (415) 875-5700 to the facsimile machine(s) of the party(ies) listed on the attached service list prior to 5:00 p.m. on the date specified above. The facsimile machine I used was in compliance with California Rule of Court 2003(3) and the transmission was reported as complete and without error. Pursuant to California Rule of Court 2208(e)(4), I caused a copy of the transmission report to be properly issued by the transmitting facsimile machine, and a copy of the transmission report is attached hereto. The parties have agreed in writing to service of the document listed above by facsimile.

[ ]   **BY PERSONAL SERVICE:** I delivered such envelope to the offices of the addressee(s) with delivery time prior to 5:00 p.m. on the date specified above.

[ ]   **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[XX]  **FEDERAL** I declare that I am employed within the office of a member of the bar of this Court at whose direction the service was made.

Executed on **January 18, 2008**, at San Francisco, California.

SFI-573376v1

2

PROOF OF SERVICE
CASE NO. 07-05672 RMW