UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: February 1, 2008

Case No. C-07-05672-RMW    JUDGE: Ronald M. Whyte

PAUL THORPE    -v- ABBOTT LABORATORIES, INC., et al.
Title

Appeared    Appeared
Attorneys Present    Attorneys Present

COURT CLERK: Jackie Garcia    COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

DEFENDANT'S MOTION TO DISMISS OR STRIKE CLASS ALLEGATIONS

ORDER AFTER HEARING

Hearing Held. The Court heard oral argument from both sides. The Court took this matter under submission. The Court to send out a ruling to the parties. The matter is deemed submitted.