IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL THORPE,<br><br>          Plaintiff,<br><br>     v.<br><br>ABBOTT LABORATORIES, INC., et al.,<br><br>          Defendant. | ***E-FILED - 2/6/08***<br><br>CASE NO.: C-07-05672-RMW<br><br>**CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

    PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for March 7, 2008, has been continued to **March 14, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are ordered to file a Joint Case Management Statement by March 7, 2008.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED:  February 6, 2008

                                                     JACKIE GARCIA
                                                     Courtroom Deputy for
                                                     Honorable Ronald M. Whyte

Copy of Order E-Filed to Counsel of Record: