KINGSLEY & KINGSLEY, APC
GEORGE R. KINGSLEY, ESQ. SBN-38022
ERIC B. KINGSLEY, ESQ.   SBN-185123
DARREN M. COHEN, ESQ.    SBN-221938
GREGORY E. GIVENS, ESQ.  SBN-212348
16133 VENTURA BL., SUITE 1200
ENCINO, CA 91436
(818) 990-8300, FAX (818) 990-2903

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL THORPE; et al., | ) | CASE NO.:   C-07-05672-RMW |
| | ) | |
| Plaintiffs, | ) | NOTICE OF FILING ADR |
| | ) | CERTIFICATION |
| v. | ) | |
| | ) | |
| ABBOTT LABORATORIES, INC.; et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLEASE TAKE NOTICE** that Plaintiff and his counsel have read the dispute resolution procedures handbook, reviewed and discussed available dispute resolution options provided by the Court and private entities, and considered whether the case might benefit from any of the available dispute resolution options. Attached as Exhibit 1 is a copy of the ADR CERTIFICATION BY PARTIES AND COUNSEL.

DATED: February 22, 2008

KINGSLEY & KINGSLEY, APC

By:_____
GREGORY E. GIVENS
Attorney for Plaintiff

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

PAUL THORPE, on behalf of themselves
and others similarly situated                    Case No. C-07-05672-RMW
          Plaintiff(s),
                             ADR CERTIFICATION BY PARTIES
                             AND COUNSEL

         v.

ABBOTT LABORATORIES, INC., et al.

          Defendant(s).
_____/

       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

       **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

       **(2)** Discussed the available dispute resolution options provided by the Court and private
entities; and

       **(3)** Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: 02-21-08                                    _____
                                               [Party]

Dated: 2-22-08                                    GREGORY E. GIVENS_____
                                               [Counsel]

**(PROOF OF SERVICE BY MAIL - 1013a, 2015.5 C.C.P.)**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county aforesaid, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 16133 Ventura Boulevard, Suite 1200, Encino, California 91436.

On February 22, 2008, I served the foregoing document described as **NOTICE OF FILING ADR CERTIFICATION** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

**** SEE ATTACHED PROOF OF SERVICE MAILING LIST ****

**X  BY MAIL** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary court of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__ (BY FEDERAL EXPRESS) I am "readily familiar" with the firm's practice of collection and processing correspondence for Federal Express mailing. Under that practice, it would be deposited in the Federal Express drop-off box located at 16133 Ventura BL., 1st Floor, Encino, CA 91436, on that same day, in the ordinary course of business.

__ (State) I declare under penalty of perjury, under the laws of the State of California that the above is true and correct.

**X** (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Michelle A. Tanzer

PROOF OF SERVICE MAILING LIST

Aaron L. Agenbroad, Esq.
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104-1500
Email - alagenbroad@jonesday.com


Michael J. Gray, Esq.
JONES DAY
77 West Wacker
Chicago, Illinois 60601-1676
Email - mjgtay@jonesday.com


Charles Joseph, Esq.
Michael D. Palmer, Esq.
JOSEPH & HERZFELD LLP
757 3rd Street Avenue, 25th Floor
New York, New York 10017
Email - charles@jhllp.com
Email - mpalmer@jhllp.com


Ira Spiro, Esq.
Gregory N. Karasik, Esq.
SPIRO MOSS BARNESS LLP
11333 W. Olympic Boulevard, 5th Floor
Los Angeles, California 90064
Email - ira@spiromoss.com
Email - gkarasik@smbhblaw.com


David W. Sanford, Esq.
Meenoo Chahbazi, Esq.
SANFORD, WITTELS & HEISLER, LLP
1666 Connecticut Avenue, N.W., Suite 310
Washinghton, DC 20009
Email - dsanford@nydclaw.com


Grant Morris, Esq.
LAW OFFICES OF GRANT MORRIS
1666 Connecticut Avenue, N.W., Suite 310
Washington , DC 20009
Email - gmorris@nydclaw.com


James A. Jones, Esq.
GILLESPIE ROZEN WATSKY & JONES, P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 75204
Email - jaj@grwlawfirm.com