UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Paul Thorpe, on behalf of himself and others similarly situated,

               Plaintiff(s),

               v.

Abbott Laboratories, Inc., a Delaware Corp., et al.

               Defendant(s).

CASE NO. C-07-005672RMW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference March 14, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| James Jones | Plaintiff | 214-720-2009 | jaj@grwlawfirm.com |
| Michael Gray | Defendant | 312-269-4096 | mjgray@jonesday.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 2/21/2008

                                                                                s/James Jones
                                                                                Attorney for Plaintiff

Dated: 2/21/2008

                                                                                s/Michael Gray
                                                                                Attorney for Defendant

Rev 12.05