# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

DATE: March 14, 2008

Case No. C-07-05672-RMW            JUDGE: Ronald M. Whyte

PAUL THORPE                -V- ABBOTT LABORATORIES, INC., et al.
Title

J. Jones                                          M. Gray
**Attorneys Present**                             **Attorneys Present**

**COURT CLERK:** Jackie Garcia        **COURT REPORTER:** Not Reported

## PROCEEDINGS

## CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The following schedule was set as to Class Certification: Discovery cutoff relating to class certification issues - 7/11/08; Plaintiff to disclose expert relating to class certification by 6/11/08; Defendant to disclose expert relating to class certification by 7/11/08; Discovery relating to experts to be completed by 8/11/08; Hearing on the Class Certification Motion set for 11/7/08 @ 9:00 am. A Further Case Management Conference is set for 11/7/08 @ 10:30 am. Defendant is not precluded from filing a motion for summary judgment. Plaintiff may file a 56(f) motion. Defendant to prepare order following the conference.