UNITED STATES DISTRICT COURT

Northern District of California

Paul Thorpe, on behalf of himself and
others similarly situated

                Plaintiff(s),

v.

Abbott Laboratories, Inc., a Delaware
corporation, doing business in California
as Abbott Sales, Marketing & Distribution
Co.; and Does 1 to 50, Inclusive

                Defendant(s).

CASE NO. 07-05672 RMW

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Brent D. Knight, an active member in good standing of the bar of the Northern District of Illinois whose business address and telephone number (particular court to which applicant is admitted) is

JONES DAY, 77 West Wacker Dr., Suite 3500, Chicago, IL 60601 (312) 782-3939,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Abbott Laboratories, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: _____

                                            United States Magistrate Judge