

Clerk's Use Only

Initial for fee pd.:

David Sanford
Sanford, Wittels & Heisler, LLP
1666 Connecticut Avenue, N.W., Suite 310
Washington, DC 20009
Telephone: (202) 742-7780

FILED

2008 APR 14  A 11: 30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

PAUL THORPE, on behalf of himself and other similarly situated,

        Plaintiff(s),

v.

ABBOTT LABORATORIES, INC., et al.

        Defendant(s).

CASE NO. 07-05672 RMW

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, David Sanford, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Eric B. Kingsley, Kingsley & Kingsley, APC, 16133 Ventura Blvd., Ste. 1200, Encino, CA 91436 (818) 990-8300

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/11/08