RECEIVED
2008 APR 14 AM 11: 29
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

07-5672

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PAUL THORPE, on behalf of himself and others similarly situated,<br><br>Plaintiff(s),<br>v.<br>ABBOTT LABORATORIES, INC., et al.,<br><br>Defendant(s). | CASE NO. CV-07-5774 JSW<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

David Sanford                    , an active member in good standing of the bar of

the District of Columbia              whose business address and telephone number

(particular court to which applicant is admitted)  '

is

Sanford, Wittels & Heisler, LLP
1666 Connecticut Avenue, N.W., Suite 310, Washington, DC 20009
Telephone: (202) 742-7780

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:

_____
United States District    Judge
Ronald M. Whyte