**FILED**

**RECEIVED** APR 18 2008

2008 APR 14 AM 11:20
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

PAUL THORPE, on behalf of himself and others similarly situated,

Plaintiff(s),

v.

ABBOTT LABORATORIES, INC., et al.,

Defendant(s).

CASE NO. CV-07-5672-RMW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

David Sanford, an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

Sanford, Wittels & Heisler, LLP
1666 Connecticut Avenue, N.W., Suite 310, Washington, DC 20009
Telephone: (202) 742-7780

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/18/08

Ronald M. Whyte
United States District Judge
Ronald M. Whyte