1  Aaron L. Agenbroad (State Bar No. 242613)
   alagenbroad@jonesday.com
2  Amanda M. Ose (State Bar No. 251757)
   aose@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 626-3939
5  Facsimile:   (415) 875-5700

6  Michael J. Gray (admitted *pro hac vice*)
   mjgray@jonesday.com
7  Brent D. Knight (admitted *pro hac vice*)
   bdknight@jonesday.com
8  JONES DAY
   77 West Wacker
9  Chicago, IL 60601-1692
   Telephone:  (312) 782-3939
10 Facsimile:   (312) 782-8585

11 Attorneys for Defendant
   Abbott Laboratories, Inc.
12

13                    UNITED STATES DISTRICT COURT
14                   NORTHERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| 16  PAUL THORPE, on behalf of himself and others similarly situated, | **CASE NO.** C-07-005672 RMW |
| 17            Plaintiffs, | |
| 18       v. | NOTICE OF APPEARANCE OF AMANDA OSE ON BEHALF OF DEFENDANT ABBOTT LABORATORIES, INC. |
| 19  ABBOTT LABORATORIES, INC. a Delaware corporation, doing business in California as ABBOTT SALES MARKETING & DISTRIBUTION CO.; and Does 1 to 50, Inclusive, | |
| 22            Defendants. | |

25
26      PLEASE TAKE NOTICE that attorney Amanda Ose of Jones Day, located at
27 555 California Street, Twenty-Sixth Floor, San Francisco, California 94104, hereby
28 appears as additional counsel of record on behalf of Defendant Abbott Laboratories,

1  Inc. in the matter of *Thorpe v. Abbott Laboratories, Inc.*, Case No. C-07-005672
2  RMW, United States District Court for the Northern District of California.  Amanda
3  Ose hereby requests that copies of all notices, pleadings, correspondence and other
4  communications filed in this proceeding be provided to her.

Dated:  May 23, 2008                        Respectfully submitted,

                                                  JONES DAY

                                                  By:  /s/  Amanda Ose
                                                        Amanda Ose

                                                  Attorneys for Defendant
                                                  ABBOTT LABORATORIES, INC.

SFI-584434v1