|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | *E-FILED - 6/12/08* |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION |

| | |
|---|---|
| PAUL THORPE, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES INC. a Delaware corporation, doing business in California as ABBOTT SALES, MARKETING & DISTRIBUTION CO.; and Does 1 to 50, Inclusive,<br><br>Defendant. | Case No. C-07-005672 RMW<br><br>**[] SCHEDULING ORDER** |

The Court, having reviewed the parties' Joint Case Management Statement, and having held an initial Case Management Conference on March 14, 2008 at which both parties appeared and the following schedule was set, HEREBY ORDERS as follows:

Non-expert, non-damages related discovery, including discovery relating to class certification issues, shall be completed on or before July 11, 2008. Plaintiff shall disclose any expert related to class certification on or before June 11, 2008. Defendant shall disclose any expert related to class certification on or before July 11, 2008. Discovery relating to experts on class certification issues shall be completed by August 11, 2008.

1     Plaintiff shall file his motion for class certification on or before August 29, 2008.
2 Defendant shall respond on or before September 29, 2008.  Plaintiff's reply shall be due on or
3 before October 13, 2008.  A hearing on the class certification motion is set for November 7, 2008
4 at 9:00 a.m.  A further Case Management Conference is set for November 7, 2008 at 10:30 a.m.
5 A schedule for additional fact discovery, if necessary, shall be set at that Case Management
6 Conference.

7     Motions for summary judgment may be filed at any time, but in no event later than 30
8 days after the close of fact discovery following the Court's ruling on the class certification
9 motion.  Responses shall be due within 30 days of filing a motion for summary judgment.
10 Replies in support of summary judgment shall be due within 15 days of the filing of the response.
11 In the event a summary judgment motion is filed before the close of discovery, and the non-
12 moving party asserts that it requires more discovery to respond, the non-moving party may move
13 to continue the summary judgment motion under Federal Rule of Civil Procedure 56(f).

Date:   June 12, 2008         By: *Ronald M. Whyte*
                                                                    Honorable Ronald M. Wyte
                                                                      United States District Court Judge

SFI-581996v1