Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
Amanda M. Ose (State Bar No. 251757)
aose@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Michael J. Gray (admitted *pro hac vice*)
mjgray@jonesday.com
Brent D. Knight (admitted *pro hac vice*)
bdknight@jonesday.com
JONES DAY
77 West Wacker
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Attorneys for Defendant
Abbott Laboratories, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL THORPE, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, INC. a Delaware corporation, doing business in California as ABBOTT SALES MARKETING & DISTRIBUTION CO.; and Does 1 to 50, Inclusive,<br><br>Defendants. | **CASE NO.** C-07-005672 RMW<br><br>CERTIFICATE OF SERVICE |

SFI-588126v1

- 1 -

CERTIFICATE OF SERVICE
CASE NO. C-07-005672 RMW

# PROOF OF SERVICE

I, Lillian Wong, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On July 18, 2008, I served a copy of the within document(s):

AGREED PROTECTIVE ORDER

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Charles Joseph
Joseph & Herzfeld
757 3rd Avenue, 25th Floor
New York, NY 10017
Telephone: 212-688-5640
Fax: 212-688-2548

James A. Jones
Gillespie Rozen Watsky & Jones, P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, TX 75204

Meenoo Chahbazi
Sanford, Wittels, & Heisler
1666 Connecticut Ave NW Suite 130,
Washington, DC 20009

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage

- 2 -
SFI-588126v1

CERTIFICATE OF SERVICE
CASE NO. C-07-005672 RMW

1  meter date is more than one day after date of deposit for mailing in affidavit.
2      I declare that I am employed in the office of a member of the bar of this court at whose
3  direction the service was made.
4      Executed on July 18, 2008, at San Francisco, California.

_____
LILLIAN WONG