UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PAUL THORPE, on behalf of himself and others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>ABBOTT LABORATORIES INC. a Delaware corporation, doing business in California as ABBOTT SALES, MARKETING & DISTRIBUTION CO.; and Does 1 to 50, Inclusive,<br><br>            Defendant. | Case No. C-07-005672 RMW<br><br>**STIPULATION CONCERNING AMENDED DISCOVERY SCHEDULE AND [PROPOSED] ORDER** |

      The parties in the above referenced action submit this Proposed Amended Scheduling Order and Stipulation to amend the deadlines established by the Court via order dated June 12, 2008. The parties have been working diligently to complete discovery related to class certification issues, but due to the quantity of information sought in discovery, they have not been able to complete certification-related discovery by the previously agreed upon dates.

/ / /

/ / /

/ / /

STIPULATION CONCERNING AMENDED
DISCOVERY SCHEDULE AND
[PROPOSED] ORDER
              Case No. C-07-005672 RMW

WHEREAS, on or about April 21, 2008, Plaintiff served Defendant with document requests, and Defendant has produced responsive documents on a rolling basis. Defendant has produced more than 45,000 documents, with the most recent production occurring on August 22, 2008. Defendant will substantially complete its document production by September 5, 2008.

WHEREAS, the documents requested by Plaintiff are necessary to complete class certification discovery, which includes three depositions of representatives of Defendant upon which the parties have agreed.

WHEREAS, the proposed discovery schedule will allow Defendant to complete document production and Plaintiff to depose the three representatives of Defendant.

WHEREAS, the following amended deadlines have been agreed upon by the parties:

1. Non-expert, non-damages related discovery, including discovery relating to class certification issues, is to be completed on or before October 17, 2008.

2. Plaintiff will disclose any expert related to class certification on or before September 17, 2008.

3. Defendant will disclose any expert related to class certification on or before October 17, 2008.

4. Discovery relating to experts on class certification issues is to be completed by November 14, 2008.

5. Plaintiff will file his motion for class certification on or before December 12, 2008.

6. Defendant will file its response to Plaintiff's motion on or before January 16, 2009.

7. Plaintiff will file his reply to his motion for class certification on or before February 3, 2009.

8. A hearing on the motion for class certification will occur on March 5, 2009 at 9 a.m., or at a date and time more convenient with the Court's schedule.

9. A further case management conference will occur on March 5, 2009 at 10:30 a.m., or at a date and time more convenient with the Court's schedule.

     Motions for summary judgment may be filed at any time, but in no event later than 30 days after the close of fact discovery following the Court's ruling on the class certification motion. Responses shall be due within 30 days of filing a motion for summary judgment. Replies in support of summary judgment shall be due within 15 days of the filing of the response. In the event a summary judgment motion is filed before the close of discovery, and the non-moving party asserts that it requires more discovery to respond, the non-moving party may move to continue the summary judgment motion under Federal Rule of Civil Procedure 56(f). Any other dates currently scheduled are struck.

     STIPULATED AND AGREED this 28th day of August, 2008.

GILLESPIE ROZEN WATSKY & JONES, P.C.    JONES DAY

By: /s/ James A. Jones
    James A. Jones
    GILLESPIE ROZEN WATSKY & JONES, PC
    3402 Oak Grove Ave., Suite 200
    Dallas, TX 75204
    Telephone: (214) 720-2009
    Facsimile: (214) 720-2291
    Email: jaj@grwlawfirm.com

By: /s/ Michael J. Gray
    Michael J. Gray
    Jones Day
    77 West Wacker, Suite 3500
    Chicago, Illinois 60601-1692
    Telephone: (312) 782-3939
    Facsimile: (312) 782-8585
    Email: mjgray@jonesday.com

Attorneys for Plaintiff
PAUL THORPE

Attorneys for Defendant
ABBOTT LABORATORIES

SO ORDERED:

Dated: _____, 2008    By: _____
    Honorable Ronald M. Whyte
    United States District Court Judge

STIPULATION CONCERNING AMENDED
DISCOVERY SCHEDULE AND    Case No. C-07-005672 RMW
[PROPOSED] ORDER    - 3 -

SIGNATURE ATTESTATION

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a "conformed" signature (/S/) within this efiled document.

Dated: August 28, 2008                    JONES DAY


                                          By: /s/ Amanda M. Ose
                                              Attorneys for Defendant
                                              ABBOTT LABORATORIES

SFI-591070v1

STIPULATION CONCERNING AMENDED
DISCOVERY SCHEDULE AND                                          Case No. C-07-005672 RMW
[PROPOSED] ORDER                          - 4 -