UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PAUL THORPE; et al., | CASE NO.: C-07-005672 RMW |
| Plaintiffs, | ORDER TO STAY PROCEEDINGS |
| v. | |
| ABBOTT LABORATORIES, INC. et al., | |
| Defendants. | |

On February 11, 2009, Plaintiff's Unopposed Motion to Stay Proceedings Pending the Outcome of the Ninth Circuit's Ruling on the Outside Sales Exemption came before this court regarding the oral argument in *Menes v. Roche* 08-55286, *De'Este v. Bayer* 07-56577, and *Barnick v. Wyeth* 07-56684.

**GOOD CAUSE HAVING BEEN SHOWN THEREFORE, IT IS ORDERED THAT:**

Plaintiff's Unopposed Motion to Stay Proceedings Pending the Outcome of the Ninth Circuit's Ruling on the Outside Sales Exemption is hereby GRANTED.

```
The action is stayed for six months or until the Ninth Circuit issues a ruling,
whichever comes first.
```

DATED: 03/05/09

*Ronald M Whyte*
JUDGE U.S. DISTRICT COURT