UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| PAUL THORPE; et al., | ) | CASE NO. C-07-005672 RMW |
| Plaintiffs, | ) | ORDER TO STAY PROCEEDINGS |
| v. | ) | |
| ABBOTT LABORATORIES, INC. et al., | ) | |
| Defendants. | ) | |

On March 12, 2010, Plaintiff's Unopposed Motion to Stay Proceedings Pending the outcome of the Ninth Circuit's Ruling on the Outside Sales and Administrative Exemptions came before this Court.

GOOD CAUSE HAVING BEEN SHOWN THEREFORE, IT IS ORDERED THAT:

Plaintiff's Unopposed Motion to Stay Proceedings Pending the Outcome of the Ninth Circuit's Ruling in *Menes v. Roche* 08-55286, *D'Este v. Bayer* 07-56577, and *Barnick v. Wyeth* 07-56684 is hereby GRANTED.

**DATED:** 3/2/10

_Ronald M. Whyte_
**JUDGE OF THE U.S. DISTRICT COURT**