UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PAUL THORPE; et al., | CASE NO.: C-07-005672 RMW |
| Plaintiffs, | ORDER TO STAY PROCEEDINGS |
| v. | |
| ABBOTT LABORATORIES, INC. et al., | |
| Defendants. | |

Plaintiff's Unopposed Motion to Stay Proceedings Pending the Outcome of the Ninth Circuit's Ruling on the Outside Sales Exemption came before this court regarding the oral argument in *Menes v. Roche* 08-55286, *D'Este v. Bayer* 07-56577, and *Barnick v. Wyeth* 07-56684.

**GOOD CAUSE HAVING BEEN SHOWN THEREFORE, IT IS ORDERED THAT:**

Plaintiff's Unopposed Motion to Stay Proceedings Pending the Outcome of the Ninth Circuit's Ruling on the Outside Sales Exemption is hereby GRANTED.

_____

_____

DATED: __6/14/2011_____   _____*Ronald M. Whyte*_____
                                JUDGE U.S. DISTRICT COURT

_____
ORDER TO STAY PROCEEDINGS