| | |
|---|---|
| 1 | Aaron L. Agenbroad (State Bar No. 242613) |
| | alagenbroad@jonesday.com |
| 2 | JONES DAY |
| | 555 California Street, 26th Floor |
| 3 | San Francisco, CA  94104 |
| | Telephone:     (415) 626-3939 |
| 4 | Facsimile:      (415) 875-5700 |
| 5 | Michael J. Gray (admitted *pro hac vice*) |
| | mjgray@jonesday.com |
| 6 | Brent D. Knight (admitted *pro hac vice*) |
| | bdknight@jonesday.com |
| 7 | JONES DAY |
| | 77 West Wacker |
| 8 | Chicago, IL 60601-1692 |
| | Telephone:     (312) 782-3939 |
| 9 | Facsimile:      (312) 782-8585 |
| 10 | Attorneys for Defendant |
| | Abbott Laboratories, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL THORPE, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, INC. a Delaware corporation, doing business in California as ABBOTT SALES MARKETING & DISTRIBUTION CO.; and Does 1 to 50, Inclusive,<br><br>Defendants. | CASE NO. C-07-005672 RMW<br><br>**NOTICE OF WITHDRAWAL OF INDIVIDUAL COUNSEL AND [] ORDER** |

Pursuant to Local Rule 11-5 of the United States District Court for the Northern District of California, Amanda Ose McCullum (the "Withdrawing Attorney") who formerly practiced with the law firm of Jones Day hereby notifies the parties and the Court of her intent to individually withdraw as attorney of record on behalf of Defendant Abbott Laboratories, Inc. ("Abbott") in the above-captioned action.

This withdrawal will not cause any undue delay to the parties or to the Court in the ultimate resolution of this action as Abbott has been and continues to be represented by Jones Day. Written notice has been given reasonably in advance to Abbott and to all other parties who have appeared in the case. Accordingly, the Withdrawing Attorney respectfully requests that this Court approve her withdrawal.

Dated: April 6, 2012

Respectfully submitted,

JONES DAY

By: /s/ Aaron L. Agenbroad
Aaron L. Agenbroad

Attorneys for Defendant
ABBOTT LABORATORIES, INC.

**IT IS SO ORDERED.**

Dated: _____

_Ronald M. Whyte_
The Honorable Ronald M. Whyte
United States District Court Judge

SFI-728157v1