**E-FILED on 11/5/12**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL THORPE, on behalf of himself and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, INC. Delaware corporation, doing business in California as ABBOTT SALES MARKETING & DISTRIBUTION CO.; and Does 1 to 50, Inclusive,<br><br>　　　　　Defendants. | CASE NO.: C-07-005672 RMW<br><br>[] ORDER TO DISMISS ACTION WITH PREJUDICE |

**IT IS HEREBY ORDERED AS FOLLOWS:**

　　Pursuant to the Joint Stipulation of Dismissal with Prejudice agreed to by the parties, the above-captioned action is hereby DISMISSED with prejudice.  Each party is to bear its own costs and fees.

DATED: 11/5/12

_____
　　The Honorable Ronald M. Whyte
　　United States District Court Judge

1

[] ORDER